**United States Bankruptcy Court**
**For the District of Colorado**

| | | |
|---|---|---|
| In re: | ) | |
| Integrated Insight Therapy, LLC | ) | Bankruptcy Case No. 23-14132-JGR |
| | ) | Chapter 11 |
| | ) | |
| Debtor(s). | ) | |

# NOTICE OF DEFICIENCY

The following missing documents are required for your case and are due **Friday, September 29, 2023:**

- Corporate Ownership Statement
- List of Equity Security Holders
- Statement regarding whether a receiver is in possession of all or any part of the Debtor's property (L.B.F. 1007-7.1)

The following documents are required in a small business case **not later than 7 days after the date of the order for relief.** 11 U.S.C. § 1116.

- Most recent statement of operations, federal income tax return; or, in the alternative, a statement under penalty of perjury that no balance sheet, statement of operations, or cash-flow statement has been prepared and no federal tax return has been filed.

**Your case is subject to dismissal if you fail to file the missing documents or otherwise request a hearing in writing by the above date.**[1]

Date: 9/15/2023                                    Kenneth S. Gardner, Clerk
                                                   U.S. Customs House, 721 19th Street, Denver, CO 80202

Create your "List of Creditors" online: http://www.cob.uscourts.gov/efile/sam/signup.aspx
The Official Bankruptcy Forms are available at http://www.uscourts.gov/forms/bankruptcy-forms
The Official Local Bankruptcy Forms are available at http://www.cob.uscourts.gov/forms/all-forms
For more information on how to file the missing document(s) or information about your case:
    Call: 720-904-7300
    Live Chat Online: www.cob.uscourts.gov

---

[1] See 11 U.S.C. § 521 and/or 11 U.S.C. §1116, Federal Rule of Bankruptcy Procedure 1007 and/or 3015, and/or Local Bankruptcy Rule 1007-6, and 1007-7.