**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>INTEGRATED INSIGHT THERAPY, LLC<br>EIN: 83-3541110<br><br>Debtor. | Case No. 23-14132-JGR<br>Chapter 11 |

**ORDER GRANTING MOTION OF DEBTOR FOR EXPEDITED ENTRY OF ORDER**

UPON CONSIDERATION of the Motion Seeking Expedited Entry of Order (the "Motion") filed by the Debtor and Debtor in Possession, Integrated Insight Therapy, LLC ("Debtor"), and for good cause shown

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED.
2. The Court shall conduct a hearing on **Wednesday, October 4, 2023, commencing at 1:30 p.m.** before the Honorable Joseph G. Rosania, Jr., in the United States Bankruptcy Court for the District of Colorado to consider the expedited orders requested by the Debtor. Counsel for the Debtor shall provide appropriate notice of the hearing in accordance with L.B.R. 2081-1.

The hearing will be conducted **by videoconference only**.   **Counsel and/or parties shall not appear in person.**

**To Join the ZoomGov Hearing:**

https://www.zoomgov.com/j/1613245580

Meeting ID: 161 324 5580
One tap mobile
+16692545252,,1613245580# US (San Jose)
+16468287666,,1613245580# US (New York)

Dial by your location
    +1 669 254 5252 US (San Jose)
    +1 646 828 7666 US (New York)
    +1 669 216 1590 US (San Jose)
    +1 551 285 1373 US
    833 435 1820 US Toll-free

> 833 568 8864 US Toll-free
> Meeting ID: 161 324 5580
> Find your local number:
> https://www.zoomgov.com/u/acsQhhI2T

1. **<u>Zoom Videoconferences:</u>**

   a. The Court encourages anyone who will be speaking during the hearing or trial to use a headset (headphones with mic) and not rely on an internal microphone built into a computer or webcam. Using a headset will ensure that you can be heard by other participants and in the Court's official recording.

   b. Parties should check into the Zoom videoconference at least 15 minutes prior to the scheduled start time of the trial.

   c. Zoom displays a screen name for each participant in a videoconference. Typically, Zoom will default to the name you gave at the time you initially set up your Zoom account (e.g. smithj or XYZCorp) or the phone number or device name from which you are calling. To enable the Judge to identify participants, each participant should ensure that their screen name is their full first name and last name (e.g. John Smith). You can change your screen name after being admitted to the videoconference by using the rename function in Zoom. To rename, hover your cursor over your picture and either right click or click the blue button in the upper right corner of your picture and select "Rename" and then type your first name and last name into the box that appears. If you fail to identify yourself in this manner by the start of the trial, you may be removed from the videoconference.

   d. The Court will not provide any type of support on Zoom for participants or attendees. For assistance, please contact Zoom, your local IT support, or seek other online guidance.

2. **<u>Notification of Settlement</u>:** To facilitate court preparation for this hearing or trial, any motion to continue the hearing or to vacate the hearing due to settlement shall be filed at least 24 hours prior to the scheduled hearing. Parties shall contact chambers staff by telephone at 720-904-7327 upon filing such a motion, and chambers staff will advise parties if the hearing is continued or vacated. Except in exigent circumstances not known 24 hours before the hearing, oral motions to continue will not be entertained. If the matter is settled and a written motion to vacate due to settlement cannot be timely submitted, counsel and parties appearing pro se may be required to appear by Zoom videoconference at the scheduled hearing time to read the terms of any settlement into the record.

3. **<u>Court Appearances</u>:** If a party does not join the videoconference, it will be deemed a failure to appear. Failure to connect to the videoconference

in a timely manner may preclude participation in the hearing.

4. **No Recordings:** Counsel and/or the parties are strictly prohibited from recording any court proceeding held by video or teleconference, including taking "screen shots" or other visual copies. Violation of this prohibition may result in sanctions as deemed necessary by the Court.

IT IS FURTHER ORDERED that failure to comply with this Order and/or the procedures identified herein may result in denial of requested relief and/or imposition of appropriate sanctions.

Dated this 2nd day of October, 2023

BY THE COURT:

_____
Joseph G. Rosania, Jr.
United States Bankruptcy Judge