BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

| In re: | ) | |
|---|---|---|
| Integrated Insight Therapy, LLC, | ) | Case No. 23-14132 (JGR) |
| Debtor. | ) | Chapter 11 |

**Local Bankruptcy Form 2081-1.4**

**Notice of Time and Place of Hearing on
Debtor's Motion Seeking Expedited Entry of Orders**

The above-captioned debtor and debtor in possession (the "Debtor") respectfully provides the following notice.

**Part 1 – Notice**

A hearing on the Debtor's Motion Seeking Expedited Entry Orders, docket numbers 23, 24, 25, 28, 29, 30, 31, and 32, has been set for October 6, 2023, at 11:00 A.M. by videoconference only with no in-person appearances by any parties.

The Debtor also moved for expedited consideration of docket number 39.

The videoconference is by ZoomGov with a meeting ID of 161 324 5580. The toll-free number to call is 833-435-1820.

The link to join is https://www.zoomgov.com/j/1613245580.

**Part 2 – Signature of Debtor's Attorney**

Dated: October 4, 2023.

AEGIS Law,

*Eric J Langston*

Eric J. Langston, CO Reg # 57054
Mailing:  601 S. Lindbergh Blvd.
          Frontenac, MO 63131
Physical: 6870 W. 52nd Ave, Ste 203
          Arvada, CO 80002
(319) 435-9793, Fax: (314) 454-9110
elangston@aegislaw.com