United States Bankruptcy Court
District of Colorado

In re:     Case No. 23-14132-JGR
Integrated Insight Therapy, LLC     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1    User: admin    Page 1 of 2
Date Rcvd: Oct 02, 2023    Form ID: pdf904    Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Integrated Insight Therapy, LLC, 555 Meeker St., Delta, CO 81416-1920 |
| cr | + | Kapitus Servicing Inc., c/o Scott K. Brown, Anderson Clarkson Brown PLLC, 2158 North Gilbert Road, Suite 114 Mesa, AZ 85203-2111 |
| 19458699 | | Amazon Business Prime Card, P.O. Box 6031, Carol Steam, IL 60197-6031 |
| 19458695 | + | Capital Assist, LLC, 243 Tresser Blvd, 17th Flr, Stamford, CT 06901-3436 |
| 19458693 | + | Cedar Advance, 5401 Collins Ave, CU-9A, Miami Beach, FL 33140-2590 |
| 19458692 | + | Kapitus LLC, 2500 Wilson Blvd, Ste 350, Arlington, VA 22201-3873 |
| 19458691 | + | Lendora Capital, 31 W 34th St, Ste 1012, New York, NY 10001-3268 |
| 19458697 | + | Marlin Business Bank, 110 N Wacker Dr. Ste. 3775, Chicago, IL 60606-1511 |
| 19458700 | | U.S. Bank Credit Card, P.O. Box 6353, Fargo, ND 58125-6353 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 19458698 | | Email/PDF: bncnotices@becket-lee.com | Oct 02 2023 23:32:49 | American Express, P.O. Box 6031, Carol Stream, IL 60197-6031 |
| 19458694 | | Email/Text: bankruptcy@deltabridgefunding.com | Oct 02 2023 23:25:00 | Delta Bridge Funding, 400Rella Blvd, Ste 165-101, Suffern, NY 10901 |
| 19458692 | ^ | MEBN | Oct 02 2023 23:01:26 | Kapitus LLC, 2500 Wilson Blvd, Ste 350, Arlington, VA 22201-3873 |
| 19458696 | + | Email/Text: bankruptcynotices@sba.gov | Oct 02 2023 23:25:00 | U.S. Small Business Administration, 409 Third St SW, Washington, DC 20416-0002 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 02, 2023 | Form ID: pdf904 | Total Noticed: 12 |
| Date: Oct 04, 2023 | Signature:  /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Sales | on behalf of U.S. Trustee US Trustee benjamin.a.sales@usdoj.gov |
| Eric J. Langston | on behalf of Debtor Integrated Insight Therapy LLC elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Scott K. Brown, II | on behalf of Creditor Kapitus Servicing Inc. sbrown@acjblaw.com colleen@acjblaw.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>INTEGRATED INSIGHT THERAPY, LLC<br>EIN: 83-3541110<br><br>Debtor. | Case No. 23-14132-JGR<br>Chapter 11 |

**ORDER GRANTING MOTION OF DEBTOR FOR EXPEDITED ENTRY OF ORDER**

UPON CONSIDERATION of the Motion Seeking Expedited Entry of Order (the "Motion") filed by the Debtor and Debtor in Possession, Integrated Insight Therapy, LLC ("Debtor"), and for good cause shown

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED.
2. The Court shall conduct a hearing on **Wednesday, October 4, 2023, commencing at 1:30 p.m.** before the Honorable Joseph G. Rosania, Jr., in the United States Bankruptcy Court for the District of Colorado to consider the expedited orders requested by the Debtor. Counsel for the Debtor shall provide appropriate notice of the hearing in accordance with L.B.R. 2081-1.

The hearing will be conducted **by videoconference only**. **Counsel and/or parties shall not appear in person.**

> **To Join the ZoomGov Hearing:**
>
> https://www.zoomgov.com/j/1613245580
>
> Meeting ID: 161 324 5580
> One tap mobile
> +16692545252,,1613245580# US (San Jose)
> +16468287666,,1613245580# US (New York)
>
> Dial by your location
>     +1 669 254 5252 US (San Jose)
>     +1 646 828 7666 US (New York)
>     +1 669 216 1590 US (San Jose)
>     +1 551 285 1373 US
>     833 435 1820 US Toll-free

> 833 568 8864 US Toll-free
> Meeting ID: 161 324 5580
> Find your local number:
> https://www.zoomgov.com/u/acsQhhI2T

1. **Zoom Videoconferences:**

   a. The Court encourages anyone who will be speaking during the hearing or trial to use a headset (headphones with mic) and not rely on an internal microphone built into a computer or webcam. Using a headset will ensure that you can be heard by other participants and in the Court's official recording.

   b. Parties should check into the Zoom videoconference at least 15 minutes prior to the scheduled start time of the trial.

   c. Zoom displays a screen name for each participant in a videoconference. Typically, Zoom will default to the name you gave at the time you initially set up your Zoom account (e.g. smithj or XYZCorp) or the phone number or device name from which you are calling. To enable the Judge to identify participants, each participant should ensure that their screen name is their full first name and last name (e.g. John Smith). You can change your screen name after being admitted to the videoconference by using the rename function in Zoom. To rename, hover your cursor over your picture and either right click or click the blue button in the upper right corner of your picture and select "Rename" and then type your first name and last name into the box that appears. If you fail to identify yourself in this manner by the start of the trial, you may be removed from the videoconference.

   d. The Court will not provide any type of support on Zoom for participants or attendees. For assistance, please contact Zoom, your local IT support, or seek other online guidance.

2. **Notification of Settlement:** To facilitate court preparation for this hearing or trial, any motion to continue the hearing or to vacate the hearing due to settlement shall be filed at least 24 hours prior to the scheduled hearing. Parties shall contact chambers staff by telephone at 720-904-7327 upon filing such a motion, and chambers staff will advise parties if the hearing is continued or vacated. Except in exigent circumstances not known 24 hours before the hearing, oral motions to continue will not be entertained. If the matter is settled and a written motion to vacate due to settlement cannot be timely submitted, counsel and parties appearing pro se may be required to appear by Zoom videoconference at the scheduled hearing time to read the terms of any settlement into the record.

3. **Court Appearances:** If a party does not join the videoconference, it will be deemed a failure to appear. Failure to connect to the videoconference

    in a timely manner may preclude participation in the hearing.

**4.**   **No Recordings:** Counsel and/or the parties are strictly prohibited from recording any court proceeding held by video or teleconference, including taking "screen shots" or other visual copies. Violation of this prohibition may result in sanctions as deemed necessary by the Court.

  IT IS FURTHER ORDERED that failure to comply with this Order and/or the procedures identified herein may result in denial of requested relief and/or imposition of appropriate sanctions.

  Dated this 2nd day of October, 2023

        BY THE COURT:

        _____
        Joseph G. Rosania, Jr.
        United States Bankruptcy Judge