Fill in this information to identify the case:

Debtor Name **Integrated Insight Therapy LLC - Delta, LLC**

United States Bankruptcy Court for the:_____ District of __CO__
(State)

Case number: __#23-00720__

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of ⎡ 10/5/23 ⎤ on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

[Name of Debtor] holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| | | |
| | | |
| | | |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name __Integrated Insight Therapy LLC - Delta, LLC__     Case number_____ #23-00720_____

The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3

**For non-individual Debtors:**

X _____
Signature of Authorized Individual

Joel L Watts
Printed name of Authorized Individual

Date __10/5/23__
      MM /   DD   / YYYY

**For individual Debtors:**

X _____     X _____
Signature of Debtor 1                                          Signature of Debtor 2

_____     _____
Printed name of Debtor 1                                     Printed name of Debtor 2

Date _____                           Date _____
      MM /   DD   / YYYY                                      MM /   DD   / YYYY

Debtor Name   Integrated Insight Therapy LLC - Delta, LLC          Case number  #23-00720

**Exhibit A: Financial Statements for [**Name of Controlled Non-Debtor Entity**]**

Debtor Name  Integrated Insight Therapy LLC - Delta, LLC          Case number  #23-00720

---

**Exhibit A-1: Balance Sheet for [Name of Controlled Non-Debtor Entity] as of** [date]

[Provide a balance sheet dated as of the end of the most recent 3-month period of the current fiscal year and as of the end of the preceding fiscal year.

Describe the source of this information.]

Debtor Name   Integrated Insight Therapy LLC - Delta, LLC          Case number  #23-00720

**Exhibit A-2: Statement of Income (*Loss*) for [Name of Controlled Non-Debtor Entity] for period ending** [date]

[Provide a statement of income (*loss*) for the following periods:

 (i) For the initial report:

    a.  the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b.  the prior fiscal year.

 (ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

Debtor Name   Integrated Insight Therapy LLC - Delta, LLC          Case number   #23-00720

**Exhibit A-3: Statement of Cash Flows for [**Name of Controlled Non-Debtor Entity**] for period ending [**date**]**

[Provide a statement of changes in cash position for the following periods:

(i) For the initial report:

   a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

   b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

Describe the source of this information.]

Debtor Name   Integrated Insight Therapy LLC - Delta, LLC          Case number  #23-00720

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for [Name of Controlled Non-Debtor Entity] for period ending** [date]

[Provide a statement of changes in shareholders'/partners equity (*deficit*) for the following periods:

(i) For the initial report:

    a. the period between the end of the preceding fiscal year and the end of the most recent 3-month period of the current fiscal year; and

    b. the prior fiscal year.

(ii) For subsequent reports, since the closing date of the last report.

 Describe the source of this information.]

Debtor Name   Integrated Insight Therapy LLC - Delta, LLC                    Case number  #23-00720

---

**Exhibit B: Description of Operations for [Name of Controlled Non-Debtor Entity]**

---

[Describe the nature and extent of the Debtor's interest in the Controlled Non-Debtor Entity.

Describe the business conducted and intended to be conducted by the Controlled Non-Debtor Entity, focusing on the entity's dominant business segments.

Describe the source of this information.]

Please see attached description of services.

Debtor Name  Integrated Insight Therapy LLC - Delta, LLC         Case number  #23-00720

**Exhibit C: Description of Intercompany Claims**

[List and describe the Controlled Non-Debtor Entity's claims against any other Controlled Non-Debtor Entity, together with the basis for such claims and whether each claim is contingent, unliquidated or disputed.

Describe the source of this information.]

Debtor Name    Integrated Insight Therapy LLC - Delta, LLC                    Case number   #23-00720

**Exhibit D: Allocation of Tax Liabilities and Assets**

[Describe how income, losses, tax payments, tax refunds, or other tax attributes relating to federal, state, or local taxes have been allocated between or among the Controlled Non-Debtor Entity and one or more other Controlled Non-Debtor Entities.

Include a copy of each tax sharing or tax allocation agreement to which the entity is a party with any other Controlled Non-Debtor Entity.

Describe the source of this information.]

Debtor Name  Integrated Insight Therapy LLC - Delta, LLC          Case number  #23-00720

**Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor**

[Describe any payment made, or obligations incurred (or claims purchased), by the Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against any Debtor.

Describe the source of this information.]



**Introduction:**

At Integrated Insight Therapy, LLC (Integrated), our mission is centered around client care and accessibility. As a recognized Community Mental Health Clinic under the Behavioral Health Administration (BHA), and on the path to becoming a designated Colorado Behavioral Health Entity (BHE), our commitment to serving our communities is unwavering. This year, we anticipate providing over 16,000 hours of care to Medicaid clients across our counties. We take pride in our broad insurance coverage, inclusive sliding fee scale, and grant-funded programs, ensuring that we can accommodate individuals from various insurance backgrounds. Our referral network spans primary care, the VA, schools, and numerous other sources, fostering collaboration with probation, parole, county Departments of Human Services, local schools, organizations, hospitals, and primary care providers.

In our pursuit of the highest quality client care, we actively collaborate with hospitals and facilities throughout the state to secure placement for individuals in need of higher levels of care. At Integrated, we serve a diverse clientele, including pediatric, adolescent, and family populations, as well as couples and older adults, offering a comprehensive team of providers encompassing psychiatric professionals, medical assistants, peers, case managers, addiction counselors (CAT, CAS, and LAC – as well as soon to provide a LAC training center), LPCs, LPCCs, MSWs and candidates, LSWs, and LCSWs.

Our involvement with the Community Resource Network (CRN) facilitates community referrals and resources, while our use of QHN and CORHIO, both Health Information Exchange systems in Colorado, ensures seamless information sharing for enhanced client care.

We extend our services in-person across six counties (Mesa, Delta, Montrose, Ouray, San Miguel, and Montezuma) and have established a Mobile Crisis Response team for the Southern Ute Indian Tribe in Ignacio, along with a CRT team in Montezuma, La Plata, and Archuleta counties, joining existing teams in Mesa, Delta, and Montrose counties. Additionally, we have broadened our reach through telehealth and telemedicine services, covering behavioral health, substance use, psychiatric, and family medicine needs statewide.

Integrated is proud to be an LBGTQA+ safe practice, offering a welcoming environment and a diverse range of support groups. We prioritize timely access to care, with all

1



appointments scheduled within 7 calendar days, particularly for individuals transitioning from M-1 holds or other facilities. We also accommodate the needs of our clients by offering assessments during early morning hours, late nights, and on Saturdays. Our commitment to accessible, comprehensive, and compassionate care remains at the heart of our mission.

**Locations:**

- Delta:555 Meeker St, Delta, CO
- Delta Admin: 540 Main St, Delta, CO
- Paonia: 225 Minnesota Ave, Paonia
- Montrose: 300 North Townsend, Montrose CO
- Montrose Medical: 1414 Hawk Parkway Ste C, Montrose CO
- Ridgway: 255 Hunter Pkwy, Ridgway CO,
- Norwood: 1555 Summit St, Norwood CO
- Grand Junction Medical : 2650 Patterson Road, Grand Junction CO
- Grand Junction Admin: 1753 Main Street, Grand Junction, CO
- Cortez: 136 W 1st St, Cortez, CO
- Durango: TBA
- Ignacio: TBA

Telehealth options are available as well for psychiatric and behavioral health.


**Services and Programs Description**

**Behavioral Health:**

*MENTAL HEALTH TREATMENT:* At Integrated Insight, our primary focus is on behavioral health, especially for clients who face a high risk of encountering barriers to accessing services. We are deeply committed to improving the well-being of our community by addressing the critical aspects of mental and emotional health. Through our dedicated efforts in behavioral health, we strive to break down barriers, provide essential support, and foster a healthier, more resilient community for all. In order to do that, we offer a variety of treatment modalities such as IFS, EMDR, CRAFT, ACT, CBT, and DBT in the outpatient individual setting.

2



Integrated is proud to introduce PCIT (Parent-Child Interaction Therapy), a specialized therapeutic approach that's making a significant impact on families in Delta County. We're proud to share that Integrated is the sole provider offering PCIT in the region. This groundbreaking therapy is designed to enhance parent-child relationships, improve communication, and effectively address behavioral challenges in children. At Integrated, we're committed to bringing innovative and transformative treatments like PCIT to our community, ensuring that families receive the highest quality care and support.

We are now also offering equine therapy. Equine therapy, also known as horse therapy or hippotherapy, is a therapeutic approach that involves interactions between individuals and horses to promote emotional, physical, and mental well-being. During equine therapy sessions, trained professionals facilitate activities and exercises that require participants to engage with horses, such as grooming, riding, or leading them. These interactions can help individuals develop essential life skills such as trust, empathy, communication, and self-confidence. Equine therapy is often utilized as a complementary treatment for various conditions, including anxiety, depression, PTSD, and developmental disorders, harnessing the unique bond between humans and horses to foster healing and personal growth.


We offer the follow mental health groups:

- DBT
- MRT
- Life Skills
- Trauma-specific groups
- IFS groups
- Love and Logic, TBD
- SOMB, TBD

*SUBSTANCE USE DISORDER TREATMENT:* Integrated Insight is committed to fostering a healthier and safer community through our comprehensive Substance Use Disorder (SUD) treatment program. At Integrated Insight, our approach to SUD treatment is rooted in harm reduction principles and a steadfast commitment to evidence-based practices, all with the ultimate goal of achieving long-term sobriety and reducing risky substance use within our community. We also offer all levels of DUI education and therapy.

3



We understand that addressing Substance Use Disorder is a complex process that requires a multifaceted approach. Our programs are designed to provide individuals with the tools and support they need to overcome their struggles with substance use. We recognize that SUD often co-occurs with mental health challenges, and we prioritize integrated care that addresses the connection between trauma and substance use.

One of our key pillars is the integration of primary and psychiatric care into our treatment model. This holistic approach ensures that our clients receive comprehensive medical and mental health assessments, enabling us to identify and address any underlying medical or psychiatric conditions that may contribute to substance use. Our team of experienced healthcare professionals works collaboratively to tailor treatment plans that are personalized to each individual's unique needs.

Furthermore, our mental health treatment is specifically designed to target trauma as an underlying reason for substance use. We believe that addressing the root causes of addiction is crucial for achieving lasting recovery. Our trauma-informed therapy and counseling services provide a safe and supportive environment for individuals to explore and heal from past traumas, empowering them to make positive changes in their lives.

At Integrated Insight, our commitment to evidence-based practices is unwavering. We rely on the latest scientific research and proven therapeutic modalities to guide our treatment interventions. Our clients can be confident that they are receiving the most effective and up-to-date care available, maximizing their chances of successful recovery.

The SUD treatment program at Integrated Insight is not just about helping individuals overcome addiction; it's about creating a safer, healthier, and more resilient community. By focusing on harm reduction, DUI education and therapy, integrated primary and psychiatric care, mental health treatment for trauma, and evidence-based practices, we are dedicated to reducing the impact of substance use on our community and empowering individuals to achieve long-term sobriety and overall well-being. Welcome to a brighter path toward recovery and healing at Integrated Insight.

Integrated can provide all levels of DUI treatment, in-person and telehealth:

- DUI Level II Education and Therapy; Education only
- Tracks A, B, C and D
- DUI Level II 4+

4



*LEVELS OF CARE:* Levels of care in behavioral health, also known as the continuum of care, represent a framework for categorizing and organizing mental health and substance use disorder (SUD) treatment services based on the intensity and complexity of care needed by individuals. These levels help healthcare providers and professionals determine the most appropriate and effective treatment approach for a person based on their specific needs. While the exact names and descriptions of these levels can vary by region and treatment facility, Integrated Insight Community Care offers the following levels of care:

> *Prevention and Education*: This level focuses on promoting mental health awareness and preventing the development of behavioral health issues. It includes community initiatives aimed at reducing risk factors and promoting protective factors.

> *Outpatient Services*: Outpatient care is the least intensive level of care. It involves scheduled appointments with mental health professionals, counselors, or therapists. Outpatient services are suitable for individuals with mild to moderate mental health or substance use concerns who can maintain their daily activities while receiving treatment.

> *Enhanced and Intensive Outpatient Programs (EOP/IOP)*: EOPs and IOPs offer more structured and intensive treatment compared to regular outpatient care. Individuals in EOPs and IOPs typically attend group therapy sessions several times a week, often in the evenings or on weekends, while still being able to live at home and continue with their daily responsibilities.

> *Supported Housing and Transitional Living*: After completing more intensive levels of care, individuals may transition to supported housing or transitional living arrangements. These offer a structured but less intensive environment to help individuals regain independence and reintegrate into the community.

> *High-Intensity Wrap-Around Teams*: This is team-based approach that provides intensive, community-based services to individuals with severe and persistent mental illnesses. The team offers treatment, support, and coordination of services to help individuals live successfully in the community.

5



*Telehealth and Virtual Care*: With the advancement of technology, telehealth and virtual care have become increasingly important. These services allow individuals to receive mental health and SUD treatment remotely through video conferencing, phone calls, or digital platforms.

The choice of the appropriate level of care depends on various factors, including the individual's diagnosis, severity of symptoms, level of functioning, and available support systems. A thorough assessment by qualified professionals helps determine the most suitable level of care to address an individual's behavioral health needs effectively.

*CASE MANAGEMENT:* In the realm of behavioral health, case management serves as a pivotal and multifaceted role, bridging the gap between therapy and aftercare while offering comprehensive support for individuals. In this crucial capacity, case managers play a vital role in guiding individuals toward mental wellness and stability. Within a behavioral health context, our dedicated case managers provide invaluable assistance, both in group and one-on-one settings, empowering individuals with essential life skills. These encompass a wide spectrum of daily living tasks, such as resume refinement for employment opportunities, aiding in the completion of various applications, meticulous budgeting guidance, and similar necessities that revolve around the demands of daily existence.

Yet, the scope of case management transcends mere daily tasks; it extends into the realms of holistic well-being. In this light, our case managers serve as indispensable conduits to a plethora of crucial resources. They facilitate connections to vital support systems, including but not limited to Medicaid benefits, educational opportunities, and access to primary healthcare services. Furthermore, recognizing the importance of continuity in care, we are excited to announce the expansion of our services to encompass after-hours and weekend case management. This enhancement underscores our commitment to providing unwavering support throughout our clients' journeys towards lasting mental health and well-being.

*PEER SERVICES:* At Integrated, we recognize the invaluable role of Peers, Recovery Coaches, and individuals with lived experiences in fostering collaborative care. Their unique insights and empathy form a critical bridge between healthcare providers and those seeking assistance. We have implemented rigorous substance screening protocols to ensure the safety and trustworthiness of our peer support team. Moreover, we prioritize ongoing professional development to empower them with the latest



knowledge and tools. We also promote self-care through the use of WRAP (Wellness Recovery Action Plan) plans, emphasizing the importance of their own well-being as they work tirelessly to support others in their journey towards recovery and mental wellness.

(The above three work in a variety of ways with IMPACT, Success, and CRT teams)

*SPECIAL ASSESSMENTS:* Introducing CYMHTA (Child and Youth Mental Health and Trauma Assessment) and FFPSA (Family First Prevention Services Act), two crucial components in addressing the mental health and well-being of children and families. At Integrated, we take pride in being a trusted provider of these assessments and services. CYMHTA helps identify and address mental health and trauma-related concerns in children and youth, ensuring they receive the care they need to thrive. Meanwhile, FFPSA enables us to offer family-focused prevention services, working proactively to strengthen family bonds and prevent crises. Our commitment to these assessments and services underscores our dedication to enhancing the overall welfare of our community's children and families.

**Medical Treatment**

*PSYCHIATRIC SERVICES*: Integrated Insight Therapy, LLC (Integrated) understands the paramount importance of combining psychiatric care with behavioral health to provide comprehensive and holistic client care. Our psychiatric services not only offer additional diagnostic clarity but also bring a medical perspective to the treatment of mental illness. Within this framework, clients receive meticulous medication management when necessary, with a keen focus on identifying behavioral and lifestyle factors that profoundly impact mental well-being.

Moreover, our clients undergo thorough screening for potential contributory medical causes and comorbidities, accompanied by appropriate bloodwork as warranted. We collaborate closely with primary care providers and other medical specialists, ensuring a seamless integration of psychiatric and medical care. Our psychiatric services extend support to individuals grappling with substance use and eating disorders, with a dedicated effort to recognize and address underlying psychiatric symptoms that may drive these behaviors. We proudly offer Medication-Assisted Treatment (MAT) services, a long-acting injectable clinic, and Clozaril treatment for specific cases.

7



Central to our approach is the cultivation of insight, the setting and periodic reassessment of goals in collaboration with our patients, frequent monitoring of symptom trends, and a systematic approach to medication management. For clients enrolled in our medical services, we encourage them to concurrently participate in therapy, focusing on trauma resolution and holistic healing. This integrated approach serves as a vital bridge between medical and behavioral health, playing a pivotal role in the continuous care and recovery of our most critical clients.

As part of our Medical Department, we work closely with Genoa Pharmacy to provide wrap-around and personalized support for continuity of pharmaceutical care.

*PRIMARY CARE*: Integrated has been actively expanding its healthcare services by introducing primary care in a collaborative framework. We have successfully established primary care facilities in Delta, Montrose, and Grand Junction, and we are continuously broadening our telehealth options to better serve our patients. In our commitment to comprehensive care, we are also in the process of developing new specialties, such as Hormone Replacement Therapy (HRT) and Endocrinology, which will be available soon. Our overarching goal is to provide genuine collaborative care with an unwavering focus on the well-being of our patients. We collaborate closely with local hospitals to ensure seamless patient care. Our partnerships with local providers enable us to address a wide range of patient needs.Together with local healthcare institutions, we work as a team to enhance patient well-being. By aligning with local providers, we create a comprehensive network of care for our patients. Our collaborative efforts with hospitals and other providers prioritize the best interests of our patients.

**Integrated Specific Programs**

*JBBS (Jail-Based Behavior Services)*  We offer a full range of services as defined by the JBBS grant within the Delta County Jail. MAT services and education are also available inside the jail, in conjunction with Fentanyl education, in-custody counseling services, case management, Medicaid navigation, collaboration with parole, probation and referrals to rehabilitation facilities throughout the state as recommended by the judicial system. JBBS also works systematically,  with the public defenders, State OBH Navigator, Bridges Liaison and Pre Restoration Educator to ensure streamlined and person-centered care for incarcerated competency individuals.



*IMPACT* is a unique community-based initiative thoughtfully crafted by Integrated Insight Community Care to address the distinct needs of individuals within our community. These individuals often find themselves entangled in the criminal justice system, facing severe mental health challenges while awaiting competency assessments, housing placement, outpatient restoration, or in need of specialized care. Our program plays a pivotal role in reducing the reliance on local jails as substitutes for appropriate care facilities. It immediately initiates the restoration process, offering much-needed support to individuals burdened by incapacitating mental health issues. Beyond this, IMPACT extends its reach to those whose path to outpatient restoration is hindered by a lack of suitable and secure housing options. We have successfully integrated – pun thoroughly intended – mental health treatment with this offering. This also includes psychiatric providers and now medical providers helping these clients find balance and regain traction in life – and ideally, staying out of the criminal justice system.

*SUCCESS* House is short-term transitional housing for women involved in child welfare cases or the criminal justice system as well as the (pre-)competency system. It follows closely with IMPACT and provides a female alternative.

These homes are monitored 24 hours, 7 days a week, by Peers. The focus on skill development and training is a key aspect of our approach. Clients in the program receive targeted guidance to acquire the necessary skills to navigate daily life successfully. These skills not only help in their immediate recovery but also empower them to lead fulfilling lives as contributing community members. Whether it is the clients learning practical life skills or developing strategies to manage mental health symptoms, our peer specialists are there every step of the way.

*CRT* is a Crisis Resolution Team that supports families with youth and young adults who are experiencing behavioral health challenges and would benefit from intensive, short-term (4-6 weeks), in-home services and linkage to ongoing support. Services can include: a needs assessment, service planning, care coordination, crisis management, peer support, family skill building, individual/family therapy, psychiatry, and medication management. CRT aims to prevent unnecessary hospitalization or other out of home placement whenever possible by wrapping services around the family in an effective



manner. We offer this in Mesa, Delta, and Montrose county and will soon cover this in Montezuma, La Plata, and in Archuleta counties.

*MOBILE CRISIS (MCR)* offers 24/7 support for those in a crisis situation. This covers suicidal feelings, emotional dysregulation, coordination of care, peer support, case management, and assessing the situation for a higher level of care. The goal is to de-escalate the client where they are in the community with hopes to prevent a higher level of care for stabilization. This covers Montrose/Ouray/Delta/San Miguel counties and now offering services on the Southern Ute Indian Reservation.

**Programming Visualizations:**





**Introduction:**

At Integrated Insight Therapy, LLC (Integrated), our mission is centered around client care and accessibility. As a recognized Community Mental Health Clinic under the Behavioral Health Administration (BHA), and on the path to becoming a designated Colorado Behavioral Health Entity (BHE), our commitment to serving our communities is unwavering. This year, we anticipate providing over 16,000 hours of care to Medicaid clients across our counties. We take pride in our broad insurance coverage, inclusive sliding fee scale, and grant-funded programs, ensuring that we can accommodate individuals from various insurance backgrounds. Our referral network spans primary care, the VA, schools, and numerous other sources, fostering collaboration with probation, parole, county Departments of Human Services, local schools, organizations, hospitals, and primary care providers.

In our pursuit of the highest quality client care, we actively collaborate with hospitals and facilities throughout the state to secure placement for individuals in need of higher levels of care. At Integrated, we serve a diverse clientele, including pediatric, adolescent, and family populations, as well as couples and older adults, offering a comprehensive team of providers encompassing psychiatric professionals, medical assistants, peers, case managers, addiction counselors (CAT, CAS, and LAC – as well as soon to provide a LAC training center), LPCs, LPCCs, MSWs and candidates, LSWs, and LCSWs.

Our involvement with the Community Resource Network (CRN) facilitates community referrals and resources, while our use of QHN and CORHIO, both Health Information Exchange systems in Colorado, ensures seamless information sharing for enhanced client care.

We extend our services in-person across six counties (Mesa, Delta, Montrose, Ouray, San Miguel, and Montezuma) and have established a Mobile Crisis Response team for the Southern Ute Indian Tribe in Ignacio, along with a CRT team in Montezuma, La Plata, and Archuleta counties, joining existing teams in Mesa, Delta, and Montrose counties. Additionally, we have broadened our reach through telehealth and telemedicine services, covering behavioral health, substance use, psychiatric, and family medicine needs statewide.

Integrated is proud to be an LBGTQA+ safe practice, offering a welcoming environment and a diverse range of support groups. We prioritize timely access to care, with all

1



appointments scheduled within 7 calendar days, particularly for individuals transitioning from M-1 holds or other facilities. We also accommodate the needs of our clients by offering assessments during early morning hours, late nights, and on Saturdays. Our commitment to accessible, comprehensive, and compassionate care remains at the heart of our mission.

**Locations:**

- Delta:555 Meeker St, Delta, CO
- Delta Admin: 540 Main St, Delta, CO
- Paonia: 225 Minnesota Ave, Paonia
- Montrose: 300 North Townsend, Montrose CO
- Montrose Medical: 1414 Hawk Parkway Ste C, Montrose CO
- Ridgway: 255 Hunter Pkwy, Ridgway CO,
- Norwood: 1555 Summit St, Norwood CO
- Grand Junction Medical : 2650 Patterson Road, Grand Junction CO
- Grand Junction Admin: 1753 Main Street, Grand Junction, CO
- Cortez: 136 W 1st St, Cortez, CO
- Durango: TBA
- Ignacio: TBA

Telehealth options are available as well for psychiatric and behavioral health.


**Services and Programs Description**

**Behavioral Health:**

*MENTAL HEALTH TREATMENT:* At Integrated Insight, our primary focus is on behavioral health, especially for clients who face a high risk of encountering barriers to accessing services. We are deeply committed to improving the well-being of our community by addressing the critical aspects of mental and emotional health. Through our dedicated efforts in behavioral health, we strive to break down barriers, provide essential support, and foster a healthier, more resilient community for all. In order to do that, we offer a variety of treatment modalities such as IFS, EMDR, CRAFT, ACT, CBT, and DBT in the outpatient individual setting.



Integrated is proud to introduce PCIT (Parent-Child Interaction Therapy), a specialized therapeutic approach that's making a significant impact on families in Delta County. We're proud to share that Integrated is the sole provider offering PCIT in the region. This groundbreaking therapy is designed to enhance parent-child relationships, improve communication, and effectively address behavioral challenges in children. At Integrated, we're committed to bringing innovative and transformative treatments like PCIT to our community, ensuring that families receive the highest quality care and support.

We are now also offering equine therapy. Equine therapy, also known as horse therapy or hippotherapy, is a therapeutic approach that involves interactions between individuals and horses to promote emotional, physical, and mental well-being. During equine therapy sessions, trained professionals facilitate activities and exercises that require participants to engage with horses, such as grooming, riding, or leading them. These interactions can help individuals develop essential life skills such as trust, empathy, communication, and self-confidence. Equine therapy is often utilized as a complementary treatment for various conditions, including anxiety, depression, PTSD, and developmental disorders, harnessing the unique bond between humans and horses to foster healing and personal growth.

We offer the follow mental health groups:

- DBT
- MRT
- Life Skills
- Trauma-specific groups
- IFS groups
- Love and Logic, TBD
- SOMB, TBD

*SUBSTANCE USE DISORDER TREATMENT:* Integrated Insight is committed to fostering a healthier and safer community through our comprehensive Substance Use Disorder (SUD) treatment program. At Integrated Insight, our approach to SUD treatment is rooted in harm reduction principles and a steadfast commitment to evidence-based practices, all with the ultimate goal of achieving long-term sobriety and reducing risky substance use within our community. We also offer all levels of DUI education and therapy.

3



We understand that addressing Substance Use Disorder is a complex process that requires a multifaceted approach. Our programs are designed to provide individuals with the tools and support they need to overcome their struggles with substance use. We recognize that SUD often co-occurs with mental health challenges, and we prioritize integrated care that addresses the connection between trauma and substance use.

One of our key pillars is the integration of primary and psychiatric care into our treatment model. This holistic approach ensures that our clients receive comprehensive medical and mental health assessments, enabling us to identify and address any underlying medical or psychiatric conditions that may contribute to substance use. Our team of experienced healthcare professionals works collaboratively to tailor treatment plans that are personalized to each individual's unique needs.

Furthermore, our mental health treatment is specifically designed to target trauma as an underlying reason for substance use. We believe that addressing the root causes of addiction is crucial for achieving lasting recovery. Our trauma-informed therapy and counseling services provide a safe and supportive environment for individuals to explore and heal from past traumas, empowering them to make positive changes in their lives.

At Integrated Insight, our commitment to evidence-based practices is unwavering. We rely on the latest scientific research and proven therapeutic modalities to guide our treatment interventions. Our clients can be confident that they are receiving the most effective and up-to-date care available, maximizing their chances of successful recovery.

The SUD treatment program at Integrated Insight is not just about helping individuals overcome addiction; it's about creating a safer, healthier, and more resilient community. By focusing on harm reduction, DUI education and therapy, integrated primary and psychiatric care, mental health treatment for trauma, and evidence-based practices, we are dedicated to reducing the impact of substance use on our community and empowering individuals to achieve long-term sobriety and overall well-being. Welcome to a brighter path toward recovery and healing at Integrated Insight.

Integrated can provide all levels of DUI treatment, in-person and telehealth:

- DUI Level II Education and Therapy; Education only
- Tracks A, B, C and D
- DUI Level II 4+

4



*LEVELS OF CARE:* Levels of care in behavioral health, also known as the continuum of care, represent a framework for categorizing and organizing mental health and substance use disorder (SUD) treatment services based on the intensity and complexity of care needed by individuals. These levels help healthcare providers and professionals determine the most appropriate and effective treatment approach for a person based on their specific needs. While the exact names and descriptions of these levels can vary by region and treatment facility, Integrated Insight Community Care offers the following levels of care:

*Prevention and Education*: This level focuses on promoting mental health awareness and preventing the development of behavioral health issues. It includes community initiatives aimed at reducing risk factors and promoting protective factors.

*Outpatient Services*: Outpatient care is the least intensive level of care. It involves scheduled appointments with mental health professionals, counselors, or therapists. Outpatient services are suitable for individuals with mild to moderate mental health or substance use concerns who can maintain their daily activities while receiving treatment.

*Enhanced and Intensive Outpatient Programs (EOP/IOP)*: EOPs and IOPs offer more structured and intensive treatment compared to regular outpatient care. Individuals in EOPs and IOPs typically attend group therapy sessions several times a week, often in the evenings or on weekends, while still being able to live at home and continue with their daily responsibilities.

*Supported Housing and Transitional Living*: After completing more intensive levels of care, individuals may transition to supported housing or transitional living arrangements. These offer a structured but less intensive environment to help individuals regain independence and reintegrate into the community.

*High-Intensity Wrap-Around Teams*: This is team-based approach that provides intensive, community-based services to individuals with severe and persistent mental illnesses. The team offers treatment, support, and coordination of services to help individuals live successfully in the community.

5



*Telehealth and Virtual Care*: With the advancement of technology, telehealth and virtual care have become increasingly important. These services allow individuals to receive mental health and SUD treatment remotely through video conferencing, phone calls, or digital platforms.

The choice of the appropriate level of care depends on various factors, including the individual's diagnosis, severity of symptoms, level of functioning, and available support systems. A thorough assessment by qualified professionals helps determine the most suitable level of care to address an individual's behavioral health needs effectively.

*CASE MANAGEMENT:* In the realm of behavioral health, case management serves as a pivotal and multifaceted role, bridging the gap between therapy and aftercare while offering comprehensive support for individuals. In this crucial capacity, case managers play a vital role in guiding individuals toward mental wellness and stability. Within a behavioral health context, our dedicated case managers provide invaluable assistance, both in group and one-on-one settings, empowering individuals with essential life skills. These encompass a wide spectrum of daily living tasks, such as resume refinement for employment opportunities, aiding in the completion of various applications, meticulous budgeting guidance, and similar necessities that revolve around the demands of daily existence.

Yet, the scope of case management transcends mere daily tasks; it extends into the realms of holistic well-being. In this light, our case managers serve as indispensable conduits to a plethora of crucial resources. They facilitate connections to vital support systems, including but not limited to Medicaid benefits, educational opportunities, and access to primary healthcare services. Furthermore, recognizing the importance of continuity in care, we are excited to announce the expansion of our services to encompass after-hours and weekend case management. This enhancement underscores our commitment to providing unwavering support throughout our clients' journeys towards lasting mental health and well-being.

*PEER SERVICES:* At Integrated, we recognize the invaluable role of Peers, Recovery Coaches, and individuals with lived experiences in fostering collaborative care. Their unique insights and empathy form a critical bridge between healthcare providers and those seeking assistance. We have implemented rigorous substance screening protocols to ensure the safety and trustworthiness of our peer support team. Moreover, we prioritize ongoing professional development to empower them with the latest



knowledge and tools. We also promote self-care through the use of WRAP (Wellness Recovery Action Plan) plans, emphasizing the importance of their own well-being as they work tirelessly to support others in their journey towards recovery and mental wellness.

(The above three work in a variety of ways with IMPACT, Success, and CRT teams)

*SPECIAL ASSESSMENTS:* Introducing CYMHTA (Child and Youth Mental Health and Trauma Assessment) and FFPSA (Family First Prevention Services Act), two crucial components in addressing the mental health and well-being of children and families. At Integrated, we take pride in being a trusted provider of these assessments and services. CYMHTA helps identify and address mental health and trauma-related concerns in children and youth, ensuring they receive the care they need to thrive. Meanwhile, FFPSA enables us to offer family-focused prevention services, working proactively to strengthen family bonds and prevent crises. Our commitment to these assessments and services underscores our dedication to enhancing the overall welfare of our community's children and families.

**Medical Treatment**

*PSYCHIATRIC SERVICES*: Integrated Insight Therapy, LLC (Integrated) understands the paramount importance of combining psychiatric care with behavioral health to provide comprehensive and holistic client care. Our psychiatric services not only offer additional diagnostic clarity but also bring a medical perspective to the treatment of mental illness. Within this framework, clients receive meticulous medication management when necessary, with a keen focus on identifying behavioral and lifestyle factors that profoundly impact mental well-being.

Moreover, our clients undergo thorough screening for potential contributory medical causes and comorbidities, accompanied by appropriate bloodwork as warranted. We collaborate closely with primary care providers and other medical specialists, ensuring a seamless integration of psychiatric and medical care. Our psychiatric services extend support to individuals grappling with substance use and eating disorders, with a dedicated effort to recognize and address underlying psychiatric symptoms that may drive these behaviors. We proudly offer Medication-Assisted Treatment (MAT) services, a long-acting injectable clinic, and Clozaril treatment for specific cases.

7



Central to our approach is the cultivation of insight, the setting and periodic reassessment of goals in collaboration with our patients, frequent monitoring of symptom trends, and a systematic approach to medication management. For clients enrolled in our medical services, we encourage them to concurrently participate in therapy, focusing on trauma resolution and holistic healing. This integrated approach serves as a vital bridge between medical and behavioral health, playing a pivotal role in the continuous care and recovery of our most critical clients.

As part of our Medical Department, we work closely with Genoa Pharmacy to provide wrap-around and personalized support for continuity of pharmaceutical care.

*PRIMARY CARE*: Integrated has been actively expanding its healthcare services by introducing primary care in a collaborative framework. We have successfully established primary care facilities in Delta, Montrose, and Grand Junction, and we are continuously broadening our telehealth options to better serve our patients. In our commitment to comprehensive care, we are also in the process of developing new specialties, such as Hormone Replacement Therapy (HRT) and Endocrinology, which will be available soon. Our overarching goal is to provide genuine collaborative care with an unwavering focus on the well-being of our patients. We collaborate closely with local hospitals to ensure seamless patient care. Our partnerships with local providers enable us to address a wide range of patient needs.Together with local healthcare institutions, we work as a team to enhance patient well-being. By aligning with local providers, we create a comprehensive network of care for our patients. Our collaborative efforts with hospitals and other providers prioritize the best interests of our patients.

**Integrated Specific Programs**

*JBBS (Jail-Based Behavior Services)*  We offer a full range of services as defined by the JBBS grant within the Delta County Jail. MAT services and education are also available inside the jail, in conjunction with Fentanyl education, in-custody counseling services, case management, Medicaid navigation, collaboration with parole, probation and referrals to rehabilitation facilities throughout the state as recommended by the judicial system. JBBS also works systematically,  with the public defenders, State OBH Navigator, Bridges Liaison and Pre Restoration Educator to ensure streamlined and person-centered care for incarcerated competency individuals.



*IMPACT* is a unique community-based initiative thoughtfully crafted by Integrated Insight Community Care to address the distinct needs of individuals within our community. These individuals often find themselves entangled in the criminal justice system, facing severe mental health challenges while awaiting competency assessments, housing placement, outpatient restoration, or in need of specialized care. Our program plays a pivotal role in reducing the reliance on local jails as substitutes for appropriate care facilities. It immediately initiates the restoration process, offering much-needed support to individuals burdened by incapacitating mental health issues. Beyond this, IMPACT extends its reach to those whose path to outpatient restoration is hindered by a lack of suitable and secure housing options. We have successfully integrated – pun thoroughly intended – mental health treatment with this offering. This also includes psychiatric providers and now medical providers helping these clients find balance and regain traction in life – and ideally, staying out of the criminal justice system.

*SUCCESS* House is short-term transitional housing for women involved in child welfare cases or the criminal justice system as well as the (pre-)competency system. It follows closely with IMPACT and provides a female alternative.

These homes are monitored 24 hours, 7 days a week, by Peers. The focus on skill development and training is a key aspect of our approach. Clients in the program receive targeted guidance to acquire the necessary skills to navigate daily life successfully. These skills not only help in their immediate recovery but also empower them to lead fulfilling lives as contributing community members. Whether it is the clients learning practical life skills or developing strategies to manage mental health symptoms, our peer specialists are there every step of the way.

*CRT* is a Crisis Resolution Team that supports families with youth and young adults who are experiencing behavioral health challenges and would benefit from intensive, short-term (4-6 weeks), in-home services and linkage to ongoing support. Services can include: a needs assessment, service planning, care coordination, crisis management, peer support, family skill building, individual/family therapy, psychiatry, and medication management. CRT aims to prevent unnecessary hospitalization or other out of home placement whenever possible by wrapping services around the family in an effective



manner. We offer this in Mesa, Delta, and Montrose county and will soon cover this in Montezuma, La Plata, and in Archuleta counties.

*MOBILE CRISIS (MCR)* offers 24/7 support for those in a crisis situation. This covers suicidal feelings, emotional dysregulation, coordination of care, peer support, case management, and assessing the situation for a higher level of care. The goal is to de-escalate the client where they are in the community with hopes to prevent a higher level of care for stabilization. This covers Montrose/Ouray/Delta/San Miguel counties and now offering services on the Southern Ute Indian Reservation.

**Programming Visualizations:**

