# Integrated Insight Therapy
## Balance Sheet
### As of September 30, 2023

|  | Jul 2023 | Aug 2023 | Sep 2023 |
|---|---:|---:|---:|
| **ASSETS** | | | |
| **Current Assets** | | | |
|   **Bank Accounts** | | | |
|     EXPENSE CHECKING (5099) | 549.56 | 148.26 | 17,242.39 |
|     First Colorado National 1235 | -3,000.00 | 363,173.51 | 94,542.64 |
|     JBBS Checking (4511) (deleted) | 143.44 | 143.44 | 0.00 |
|     Operating | 126,162.71 | 573.01 | 20,387.46 |
|   **Total Bank Accounts** | $ 123,855.71 | $ 364,038.22 | $ 132,172.49 |
|   **Accounts Receivable** | | | |
|     Accounts Receivable (A/R) | 0.00 | 0.00 | 0.00 |
|   **Total Accounts Receivable** | $ 0.00 | $ 0.00 | $ 0.00 |
|   **Other Current Assets** | | | |
|     Undeposited Funds | 1,048.10 | 1,159.60 | 1,159.60 |
|     Wages Advanced | -6,283.40 | -7,683.40 | -8,783.40 |
|   **Total Other Current Assets** | -$ 5,235.30 | -$ 6,523.80 | -$ 7,623.80 |
| **Total Current Assets** | $ 118,620.41 | $ 357,514.42 | $ 124,548.69 |
| **Fixed Assets** | | | |
|   **Fixed Assets** | | 0.00 | 0.00 |
|     Accumulated Depreciation | -51,352.00 | -51,352.00 | -51,352.00 |
|     Computer Equipment | 15,199.89 | 15,199.89 | 15,199.89 |
|     Furniture and Equipment | 55,970.14 | 55,970.14 | 55,970.14 |
|   **Total Fixed Assets** | $ 19,818.03 | $ 19,818.03 | $ 19,818.03 |
| **Total Fixed Assets** | $ 19,818.03 | $ 19,818.03 | $ 19,818.03 |
| **Other Assets** | | | |
|   Rental Deposit | 6,500.00 | 6,500.00 | 6,500.00 |
| **Total Other Assets** | $ 6,500.00 | $ 6,500.00 | $ 6,500.00 |
| **TOTAL ASSETS** | $ 144,938.44 | $ 383,832.45 | $ 150,866.72 |
| **LIABILITIES AND EQUITY** | | | |
| **Liabilities** | | | |
|   **Current Liabilities** | | | |
|     **Accounts Payable** | | | |
|       Accounts Payable | 377.25 | 9,087.67 | -17,785.08 |
|     **Total Accounts Payable** | $ 377.25 | $ 9,087.67 | -$ 17,785.08 |
|     **Credit Cards** | | | |
|       Amazon Business Prime Card (1003) - 2 (deleted) | 1,780.68 | 621.96 | 0.00 |
|       **Divvy** | | 0.00 | 0.00 |
|         Divvy Cards | 3,831.30 | 3,742.90 | -4,808.09 |
|         Divvy Reimbursements | | 1,686.10 | -307.73 |
|       **Total Divvy** | $ 3,831.30 | $ 5,429.00 | -$ 5,115.82 |
|       Marriott AmExpress (22005) (deleted) | 2,767.63 | 936.65 | 0.00 |
|       US BANK Credit Card (9262) | 1,858.63 | 1,112.20 | 1,163.49 |
|     **Total Credit Cards** | $ 10,238.24 | $ 8,099.81 | -$ 3,952.33 |
|   **Total Current Liabilities** | $ 10,615.49 | $ 17,187.48 | -$ 21,737.41 |

| | | | |
|---|---:|---:|---:|
| **Long-Term Liabilities** | | | |
|   Future Receivables Notes Payable | | 0.00 | 0.00 |
|     Capital Assist Note Payable | 110,000.00 | 261,650.48 | 94,449.48 |
|     Cedar Advance LLC Note Payable | 144,221.12 | 144,221.12 | 144,221.12 |
|     Delta Bridge Funding Note Payable | 149,765.00 | 144,218.00 | 144,218.00 |
|     Kapitus Note Payable | 176,421.00 | 167,113.50 | 163,392.50 |
|     Lendora Note Payable | 62,500.00 | 164,772.72 | 164,772.72 |
|     Marlin Bank Loan - Scram Funding | 19,528.28 | 18,410.64 | 17,293.00 |
|   **Total Future Receivables Notes Payable** | **$ 662,435.40** | **$ 900,386.46** | **$ 728,346.82** |
|   SBA Loan | 61,300.00 | 61,300.00 | 61,300.00 |
| **Total Long-Term Liabilities** | **$ 723,735.40** | **$ 961,686.46** | **$ 789,646.82** |
| **Total Liabilities** | **$ 734,350.89** | **$ 978,873.94** | **$ 767,909.41** |
| **Equity** | | | |
|   Joel Watts Capital | -32,856.00 | -32,856.00 | -32,856.00 |
|   Laura Blair Capital | -32,856.00 | -32,856.00 | -32,856.00 |
|   Member's Draws | 0.00 | 0.00 | 0.00 |
|     Joel Watts Draws | -242,897.50 | -265,551.34 | -275,992.10 |
|     Laura Blair Draws | 0.00 | 0.00 | 0.00 |
|       Laura - AFLAC benefit | -371.63 | -371.63 | -371.63 |
|     **Total Laura Blair Draws** | **-$ 371.63** | **-$ 371.63** | **-$ 371.63** |
|   **Total Member's Draws** | **-$ 243,269.13** | **-$ 265,922.97** | **-$ 276,363.73** |
|   Retained Earnings | 315,067.50 | 315,067.50 | 315,067.50 |
|   Net Income | -595,498.82 | -578,474.02 | -590,034.46 |
| **Total Equity** | **-$ 589,412.45** | **-$ 595,041.49** | **-$ 617,042.69** |
| **TOTAL LIABILITIES AND EQUITY** | **$ 144,938.44** | **$ 383,832.45** | **$ 150,866.72** |

Thursday, Oct 05, 2023 11:33:39 AM GMT-7 - Accrual Basis