# Integrated Insight Therapy
## Balance Sheet
### As of October 5, 2023

|  |  | Oct 5, 2023 |
| --- | --- | ---: |
| **ASSETS** |  |  |
|   **Current Assets** |  |  |
|     **Bank Accounts** |  |  |
|       EXPENSE CHECKING (5099) |  | 17,242.39 |
|       First Colorado National 1235 |  | -22,157.24 |
|       Operating |  | 10,113.46 |
|     **Total Bank Accounts** | **$** | **5,198.61** |
|     **Accounts Receivable** |  |  |
|       Accounts Receivable (A/R) |  | 0.00 |
|     **Total Accounts Receivable** | **$** | **0.00** |
|     **Other Current Assets** |  |  |
|       Undeposited Funds |  | 1,159.60 |
|       Wages Advanced |  | -8,783.40 |
|     **Total Other Current Assets** | **-$** | **7,623.80** |
|   **Total Current Assets** | **-$** | **2,425.19** |
|   **Fixed Assets** |  |  |
|     **Fixed Assets** |  |  |
|       Accumulated Depreciation |  | -51,352.00 |
|       Computer Equipment |  | 15,199.89 |
|       Furniture and Equipment |  | 55,970.14 |
|     **Total Fixed Assets** | **$** | **19,818.03** |
|   **Total Fixed Assets** | **$** | **19,818.03** |
|   **Other Assets** |  |  |
|     Rental Deposit |  | 6,500.00 |
|   **Total Other Assets** | **$** | **6,500.00** |
| **TOTAL ASSETS** | **$** | **23,892.84** |
| **LIABILITIES AND EQUITY** |  |  |
|   **Liabilities** |  |  |
|     **Current Liabilities** |  |  |
|       **Accounts Payable** |  |  |
|         Accounts Payable |  | 19,707.92 |
|       **Total Accounts Payable** | **$** | **19,707.92** |
|       **Credit Cards** |  |  |
|         **Divvy** |  |  |
|           Divvy Cards |  | -2,973.37 |
|           Divvy Reimbursements |  | -307.73 |
|         **Total Divvy** | **-$** | **3,281.10** |
|         US BANK Credit Card (9262) |  | 1,163.49 |
|       **Total Credit Cards** | **-$** | **2,117.61** |
|     **Total Current Liabilities** | **$** | **17,590.31** |
|     **Long-Term Liabilities** |  |  |
|       **Future Receivables Notes Payable** |  |  |
|         Capital Assist Note Payable |  | 94,449.48 |

| | | | |
|---|---|---:|---:|
| | **Cedar Advance LLC Note Payable** | | 144,221.12 |
| | **Delta Bridge Funding Note Payable** | | 144,218.00 |
| | **Kapitus Note Payable** | | 163,392.50 |
| | **Lendora Note Payable** | | 164,772.72 |
| | **Marlin Bank Loan - Scram Funding** | | 17,293.00 |
| | **Total Future Receivables Notes Payable** | $ | 728,346.82 |
| | **SBA Loan** | | 61,300.00 |
| | **Total Long-Term Liabilities** | $ | 789,646.82 |
| **Total Liabilities** | | $ | 807,237.13 |
| **Equity** | | | |
| | **Joel Watts Capital** | | -32,856.00 |
| | **Laura Blair Capital** | | -32,856.00 |
| | **Member's Draws** | | 0.00 |
| |   **Joel Watts Draws** | | -275,992.10 |
| |   **Laura Blair Draws** | | 0.00 |
| |     **Laura - AFLAC benefit** | | -371.63 |
| |   **Total Laura Blair Draws** | -$ | 371.63 |
| | **Total Member's Draws** | -$ | 276,363.73 |
| | **Retained Earnings** | | 315,067.50 |
| | **Net Income** | | -756,336.06 |
| **Total Equity** | | -$ | 783,344.29 |
| **TOTAL LIABILITIES AND EQUITY** | | $ | 23,892.84 |

Thursday, Oct 05, 2023 11:33:51 AM GMT-7 - Accrual Basis