United States Bankruptcy Court
District of Colorado

In re:   Case No. 23-14132-JGR
Integrated Insight Therapy, LLC   Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 2
Date Rcvd: Oct 03, 2023     Form ID: pdf904     Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Integrated Insight Therapy, LLC, 555 Meeker St., Delta, CO 81416-1920 |
| cr | + | Kapitus Servicing Inc., c/o Scott K. Brown, Anderson Clarkson Brown PLLC, 2158 North Gilbert Road, Suite 114 Mesa, AZ 85203-2111 |
| 19458699 | | Amazon Business Prime Card, P.O. Box 6031, Carol Steam, IL 60197-6031 |
| 19458695 | + | Capital Assist, LLC, 243 Tresser Blvd, 17th Flr, Stamford, CT 06901-3436 |
| 19458693 | + | Cedar Advance, 5401 Collins Ave, CU-9A, Miami Beach, FL 33140-2590 |
| 19458692 | + | Kapitus LLC, 2500 Wilson Blvd, Ste 350, Arlington, VA 22201-3873 |
| 19458691 | + | Lendora Capital, 31 W 34th St, Ste 1012, New York, NY 10001-3268 |
| 19458697 | + | Marlin Business Bank, 110 N Wacker Dr. Ste. 3775, Chicago, IL 60606-1511 |
| 19458700 | | U.S. Bank Credit Card, P.O. Box 6353, Fargo, ND 58125-6353 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 19458698 | | Email/PDF: bncnotices@becket-lee.com | Oct 03 2023 22:25:03 | American Express, P.O. Box 6031, Carol Stream, IL 60197-6031 |
| 19458694 | | Email/Text: bankruptcy@deltabridgefunding.com | Oct 03 2023 22:08:00 | Delta Bridge Funding, 400Rella Blvd, Ste 165-101, Suffern, NY 10901 |
| 19458692 | ^ | MEBN | Oct 03 2023 22:03:40 | Kapitus LLC, 2500 Wilson Blvd, Ste 350, Arlington, VA 22201-3873 |
| 19458696 | + | Email/Text: bankruptcynotices@sba.gov | Oct 03 2023 22:08:00 | U.S. Small Business Administration, 409 Third St SW, Washington, DC 20416-0002 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Oct 03, 2023 | Form ID: pdf904 | Total Noticed: 12 |
| Date: Oct 05, 2023 | Signature:   /s/Gustava Winters | |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 3, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Benjamin Sales | on behalf of U.S. Trustee US Trustee benjamin.a.sales@usdoj.gov |
| Eric J. Langston | on behalf of Debtor Integrated Insight Therapy  LLC elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Scott K. Brown, II | on behalf of Creditor Kapitus Servicing Inc. sbrown@acjblaw.com  colleen@acjblaw.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 4

BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

| In re: | ) | Chapter 11 |
|---|---|---|
| Integrated Insight Therapy, LLC, | ) | Case No. 23-14132 (JGR) |
| Debtor. | ) | |

**Order Granting Related Relief**

Upon the motion (the "Motion") of the above-captioned debtor and debtor in possession (the "Debtor") for continuance of the hearing presented scheduled for October 4, 2023, at 1:30 P.M. after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.
2. A hearing is scheduled for: Friday, October 6, 2023 at 11:00am MDT.

Dated: October 3, 2023

Joseph G. Rosania, Jr
United States Bankruptcy Judge