BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

| In re: | ) | |
|---|---|---|
| Integrated Insight Therapy, LLC, | ) | Case No. 23-14132 (JGR) |
| Debtor. | ) | Chapter 11 |

**List of Equity Security Holders**

The above-captioned debtor and debtor in possession (the "<u>Debtor</u>") respectfully states the following:

1. The Debtor's equity interests are entirely owned by Joel Watts.

                                      Respectfully submitted,

                                      AEGIS Law,

                                      *Eric J Langston*

Eric J. Langston, CO Reg # 57054
Mailing: 601 S. Lindbergh Blvd.
              Frontenac, MO 63131
Physical: 6870 W. 52nd Ave, Ste 203
              Arvada, CO 80002
(319) 435-9793, Fax: (314) 454-9110
elangston@aegislaw.com
        *Attorney for Debtor Integrated Insight Therapy, LLC*