| Fill in this information to identify your case |
|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF COLORADO** |
| Debtor 1: Integrated Insight Therapy, LLC    Case #: 23-14132(JGR) |
| Debtor 2:    Chapter: 11 |

## Local Bankruptcy Form 1007-7.1
### Disclosure Regarding Receivers

**Check applicable box and complete the applicable sections.**

**Part 1  Disclosure**

In a chapter 11 reorganization case, the following information is required pursuant to L.B.R. 1007-7:

☒ No receiver is in possession of debtor's property.

☐ A receiver is in possession of all or part of the debtor's property:

Identification (by address or legal description) of property: _____
Name of creditor: _____
Name of receiver: _____
Address for receiver: _____
Telephone number for receiver: _____
Attorney for receiver, if applicable: _____
Address for attorney for receiver, if applicable: _____
Telephone number for attorney for receiver, if applicable: _____
Date of appointment of receiver: _____
Court appointing receiver: _____
Case Number for court appointing receiver: _____

**Part 2  Signature of Debtor's Attorney or Debtor (if unrepresented)**

Dated: October 6, 2023       By: /s/ Erin Edelman (signature)

Bar Number (if applicable): 57054
Mailing Address: 601 S. Lindbergh Blvd, Frontenac, MO 63131
Telephone number: (319) 435-9793
Facsimile number: (314) 454-9110
E-mail address: elangston@aegislaw.com