BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

| In re: | ) | |
|---|---|---|
| Integrated Insight Therapy, LLC, | ) | Case No. 23-14132 (JGR) |
| Debtor. | ) | Chapter 11 |

**Amended Corporate Ownership Statement**

The above-captioned debtor and debtor in possession (the "Debtor") respectfully states the following:

1. Joel Watts owns 50% of the membership interest of the Debtor.

2. Laura Blair owns 50% of the membership interst of the Debtor.

3. There are no parent corporations or publicly held corporations that own 10% or more of the membership interest of the Debtor.

Respectfully submitted,

AEGIS Law,

*Eric J Langston*

Eric J. Langston, CO Reg # 57054
Mailing: 601 S. Lindbergh Blvd.
         Frontenac, MO 63131
Physical: 6870 W. 52nd Ave, Ste 203
         Arvada, CO 80002
(319) 435-9793, Fax: (314) 454-9110
elangston@aegislaw.com
*Attorney for Debtor Integrated Insight Therapy, LLC*