BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| In re: ) <br>     Integrated Insight Therapy, LLC, ) <br>         Debtor. ) | Case No. 23-14132 (JGR) <br> Chapter 11 |

**Amended List of Equity Security Holders**

The above-captioned debtor and debtor in possession (the "Debtor") respectfully states the following:

1. The Debtor's equity interests are entirely and equally owned by Joel Watts and Laura Blair.

>Respectfully submitted,
>
>AEGIS Law,
>
>*Eric J Langston*
>
>Eric J. Langston, CO Reg # 57054
>Mailing: 601 S. Lindbergh Blvd.
>         Frontenac, MO 63131
>Physical: 6870 W. 52nd Ave, Ste 203
>         Arvada, CO 80002
>(319) 435-9793, Fax: (314) 454-9110
>elangston@aegislaw.com
>    *Attorney for Debtor Integrated Insight Therapy, LLC*