# Integrated Insight Therapy
## Balance Sheet
### As of September 12, 2023

|  |  | Total |
|---|---|---:|
| **ASSETS** | | |
|   **Current Assets** | | |
|     **Bank Accounts** | | |
|       EXPENSE CHECKING (5099) | | 50.64 |
|       First Colorado National 1235 | | -20,462.12 |
|       JBBS Checking (4511) | | 143.44 |
|       Operating | | -12,272.02 |
|     **Total Bank Accounts** | **-$** | **32,540.06** |
|     **Accounts Receivable** | | |
|       Accounts Receivable (A/R) | | 0.00 |
|     **Total Accounts Receivable** | **$** | **0.00** |
|     **Other Current Assets** | | |
|       Undeposited Funds | | 1,159.60 |
|       Wages Advanced | | -8,383.40 |
|     **Total Other Current Assets** | **-$** | **7,223.80** |
|   **Total Current Assets** | **-$** | **39,763.86** |
|   **Fixed Assets** | | |
|     **Fixed Assets** | | |
|       Accumulated Depreciation | | -58,150.00 |
|       Computer Equipment | | 17,908.81 |
|       Furniture and Equipment | | 59,488.14 |
|     **Total Fixed Assets** | **$** | **19,246.95** |
|   **Total Fixed Assets** | **$** | **19,246.95** |
|   **Other Assets** | | |
|     Rental Deposit | | 6,500.00 |
|   **Total Other Assets** | **$** | **6,500.00** |
| **TOTAL ASSETS** | **-$** | **14,016.91** |
| **LIABILITIES AND EQUITY** | | |
|   **Liabilities** | | |
|     **Current Liabilities** | | |
|       **Accounts Payable** | | |
|         Accounts Payable | | -17,785.08 |
|       **Total Accounts Payable** | **-$** | **17,785.08** |
|       **Credit Cards** | | |
|         Amazon Business Prime Card (1003) - 2 | | 919.92 |
|         **Divvy** | | |
|           Divvy Cards | | -6,201.84 |
|           Divvy Reimbursements | | -2,704.19 |
|         **Total Divvy** | **-$** | **8,906.03** |
|         Marriott AmExpress (22005) | | 1,730.37 |
|         US BANK Credit Card (9262) | | 1,163.49 |
|       **Total Credit Cards** | **-$** | **5,092.25** |
|       **Other Current Liabilities** | | |

| | | |
|---|---|---:|
| ForaFinancial Infusion Loan | | 0.00 |
| **Total Other Current Liabilities** | **$** | **0.00** |
| **Total Current Liabilities** | **-$** | **22,877.33** |
| **Long-Term Liabilities** | | |
| Future Receivables Notes Payable | | |
|   Capital Assist Note Payable | | 261,650.48 |
|   Cedar Advance LLC Note Payable | | 144,221.12 |
|   Delta Bridge Funding Note Payable | | 144,218.00 |
|   Kapitus Note Payable | | 163,392.50 |
|   Lendora Note Payable | | 164,772.72 |
|   Marlin Bank Loan - Scram Funding | | 18,410.64 |
| **Total Future Receivables Notes Payable** | **$** | **896,665.46** |
| SBA Loan | | 61,300.00 |
| **Total Long-Term Liabilities** | **$** | **957,965.46** |
| **Total Liabilities** | **$** | **935,088.13** |
| **Equity** | | |
| Member's Draws | | -127,175.67 |
|   Joel Watts Draws | | -366,600.52 |
|   Laura Blair Draws | | -70,587.03 |
|     Laura - AFLAC benefit | | -4,459.56 |
|   **Total Laura Blair Draws** | **-$** | **75,046.59** |
| **Total Member's Draws** | **-$** | **568,822.78** |
| Retained Earnings | | 518,793.89 |
| Net Income | | -899,076.15 |
| **Total Equity** | **-$** | **949,105.04** |
| **TOTAL LIABILITIES AND EQUITY** | **-$** | **14,016.91** |

Tuesday, Sep 12, 2023 01:43:15 PM GMT-7 - Accrual Basis

# Integrated Insight Therapy
## Profit and Loss
### January 1 - September 12, 2023

|  | Total |
|---|---:|
| **Income** | |
|   Fee for Service Income | 2,547,634.63 |
|   Grant Funds | 375,000.00 |
|   Project Income | 1,778,638.65 |
|   Uncategorized Income | 16,148.23 |
| **Total Income** | **$ 4,717,421.51** |
| **Cost of Goods Sold** | |
|   ClientCare | 35,806.38 |
|     Client Auto - Fuel, Repairs, Insurance, Registration | 11,663.98 |
|     Client Medical / Psychiatric Appointments | 8,342.37 |
|     Client Residential | 1,766.54 |
|       House Rental Expense | 36,004.44 |
|       House Repair & Maintenance | 1,577.82 |
|       Utilities | 7,208.27 |
|     **Total Client Residential** | **$ 46,557.07** |
|     Client Supplies | 16,599.32 |
|     ClientCare Mileage | 8,277.07 |
|     Groups and Graduation | 469.02 |
|     Interpretation Service | 160.00 |
|     Medical Records and Supplies | 47,070.37 |
|     Mental Health Meds | 4,563.16 |
|     Residential Client Meals & Groceries (100%) | 46,716.53 |
|     Storage Units | 735.00 |
|     Telephone Expense | 2,406.43 |
|     Travel / Lodging | 39,339.29 |
|   **Total ClientCare** | **$ 268,705.99** |
| **Total Cost of Goods Sold** | **$ 268,705.99** |
| **Gross Profit** | **$ 4,448,715.52** |
| **Expenses** | |
|   Advertising and Promotion | 55,133.91 |
|   Automobile Expense (IMPACT car only) | |
|     Auto Insurance | 867.02 |
|     Fuel | 1,312.62 |
|     Repairs & Maintenance | 1,984.78 |
|   **Total Automobile Expense (IMPACT car only)** | **$ 4,164.42** |
|   Bank Service Charges | 1,137.96 |
|     AR Loan Fees | 385,229.74 |
|   **Total Bank Service Charges** | **$ 386,367.70** |
|   Business Licenses and Permits | 3,420.41 |
|   Business Meals and Entertainment (50%) | 6,772.29 |
|   Charity | 19,245.52 |
|   Computer Expenses | 2,322.55 |
|     Computer Hardware & Supplies (below $2500) | 7,214.51 |

| | | |
|---|---|---:|
| Software | | 89,199.33 |
| **Total Computer Expenses** | $ | **98,736.39** |
| **Construction** | | 2,383.94 |
| **Contractor Expenses** | | 125,027.96 |
| **Dues and Subscriptions** | | 2,382.82 |
| **Employee Gifts - Retention** | | 411.22 |
| **Employee Travel Meals** | | 549.37 |
| **Insurance Expense** | | 27,758.47 |
| **Interest Expense** | | 3,887.00 |
| **Legal & Professional Fees** | | 112,971.36 |
| **Mileage Reimbursement** | | 1,941.18 |
| **Office Supplies** | | 42,755.29 |
|    Copier Maintenance Fees | | 2,739.56 |
|    Equipment Rental/Copier Lease | | 1,545.56 |
|    Postage | | 438.90 |
| **Total Office Supplies** | $ | **47,479.31** |
| **Payroll Expenses** | | 8,743.94 |
|    401K Match | | 18,857.35 |
|    EPLI Insurance Fees | | 3,310.62 |
|    FMLA & Leave Administration | | 85.00 |
|    Garnishments | | 1,974.60 |
|    Health Benefits | | 124,410.29 |
|    Payroll Processing Expense | | 53,361.97 |
|    Taxes | | 308,991.43 |
|    Wages | | 3,307,759.01 |
|       Bonus | | 12,000.00 |
|    **Total Wages** | $ | **3,319,759.01** |
|    Work Comp Insurance | | 10,775.45 |
| **Total Payroll Expenses** | $ | **3,850,269.66** |
| **QuickBooks Payments & CC Merchant Fees** | | 232.17 |
| **Reimbursable Expenses** | | 4,565.45 |
| **Rent Expense** | | 163,280.95 |
| **Repairs and Maintenance** | | 27,742.25 |
|    Cleaning Services | | 930.00 |
| **Total Repairs and Maintenance** | $ | **28,672.25** |
| **Small Medical Equipment** | | 11,383.10 |
| **Staff Travel** | | 556.40 |
| **Supplies & Materials** | | 27,357.46 |
| **Taxes & Licenses** | | 68.56 |
| **Training** | | 138,370.26 |
|    Training Mileage | | 3,244.01 |
| **Total Training** | $ | **141,614.27** |
| **Uncategorized Expense** | | 189,633.43 |
| **Utilities** | | 31,930.13 |
| **Total Expenses** | $ | **5,348,197.10** |
| **Net Operating Income** | -$ | **899,481.58** |
| **Other Income** | | |
|    Credit Card Rewards Income | | 590.05 |

|  |  |  |
|---|---|---|
| **Total Other Income** | $ | **590.05** |
| **Other Expenses** | | |
|   Meetings | | 79.69 |
|   Reconciliation Discrepancies | | 104.93 |
| **Total Other Expenses** | $ | **184.62** |
| **Net Other Income** | $ | **405.43** |
| **Net Income** | -$ | **899,076.15** |

Tuesday, Sep 12, 2023 01:43:35 PM GMT-7 - Accrual Basis

# Integrated Insight Therapy
# Statement of Cash Flows
### January 1 - September 12, 2023

|  |  | Total |
|---|---:|---:|
| **OPERATING ACTIVITIES** |  |  |
| Net Income |  | -899,076.15 |
| Adjustments to reconcile Net Income to Net Cash provided by operations: |  |  |
| Accounts Receivable (A/R) |  | 0.00 |
| Wages Advanced |  | 8,383.40 |
| Accounts Payable |  | -17,785.08 |
| Amazon Business Prime Card (1003) - 2 |  | 919.92 |
| Divvy:Divvy Cards |  | -6,201.84 |
| Divvy:Divvy Reimbursements |  | -2,704.19 |
| Marriott AmExpress (22005) |  | 1,830.37 |
| US BANK Credit Card (9262) |  | 1,163.46 |
| ForaFinancial Infusion Loan |  | -1,995.00 |
| Total Adjustments to reconcile Net Income to Net Cash provided by operations: | -$ | 16,388.96 |
| **Net cash provided by operating activities** | -$ | 915,465.11 |
| **INVESTING ACTIVITIES** |  |  |
| Fixed Assets:Computer Equipment |  | -2,668.86 |
| Fixed Assets:Furniture and Equipment |  | -4,618.11 |
| Rental Deposit |  | -1,000.00 |
| **Net cash provided by investing activities** | -$ | 8,286.97 |
| **FINANCING ACTIVITIES** |  |  |
| Future Receivables Notes Payable:Capital Assist Note Payable |  | 261,650.48 |
| Future Receivables Notes Payable:Cedar Advance LLC Note Payable |  | 144,221.12 |
| Future Receivables Notes Payable:Delta Bridge Funding Note Payable |  | 144,218.00 |
| Future Receivables Notes Payable:Kapitus Note Payable |  | 163,392.50 |
| Future Receivables Notes Payable:Lendora Note Payable |  | 164,772.72 |
| Future Receivables Notes Payable:Marlin Bank Loan - Scram Funding |  | -8,941.12 |
| SBA Loan |  | 0.00 |
| Member's Draws |  | -10,000.00 |
| Member's Draws:Joel Watts Draws |  | -157,576.89 |
| **Net cash provided by financing activities** | $ | 701,736.81 |
| **Net cash increase for period** | -$ | 222,015.27 |
| **Cash at beginning of period** |  | 190,634.81 |
| **Cash at end of period** | -$ | 31,380.46 |

Tuesday, Sep 12, 2023 01:43:54 PM GMT-7