### UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

### Minutes of Electronically Recorded Proceeding

| | |
|---|---|
| October 6, 2023 | Honorable Joseph G. Rosania, Jr., Presiding<br>Courtroom B |

| | |
|---|---|
| In re:<br><br>**INTEGRATED INSIGHT THERAPY, LLC**<br><br>Debtor(s). | Bankruptcy Case No. **23-14132-JGR**<br><br>Chapter 11 |

**Appearances:**

| | | | |
|---|---|---|---|
| Debtor(s) | Joel Watts, CEO; Kim States (Ops) | Counsel | Eric Langston |
| Trustee | United States Trustee, Patrick S. Layng | Counsel | Ben Sales |
| Creditor | Kapitus Servicing, Inc. | Counsel | Scott Brown |
| Other | Department of Health and Human Services | Counsel | Jennifer Lake, AUSA |

**Proceedings:  Zoom video hearing regarding Debtor's Motion for Entry of an Order (I) Granting Discretionary Authority to the Debtor to Make Payments on Account of Prebankruptcy Claims of the Debtor's Critical Medical Supplies and Services Vendors and (II) Granting Related Relief, (Doc. 30)**

Entry of appearances and statements/arguments made.

The Court heard arguments from the UST, the Debtor, the AUSA, and the Creditor (Kapitus) on why the case should not be dismissed as a wholly deficient filing. Debtor opposed dismissal, Counsel for the UST and Kaptius supported dismissal, while the AUSA took no position. After a brief recess, the Court dismissed the case without prejudice for a wholly deficient filing and failure to timely respond to the Courts orders. The Court made no finding of fault for the Debtor's actions.

**Orders:**
Oral findings and conclusions made of record.

The case is DISMISSED as wholly deficient.  The Debtor's Application for Authority to Employ Cascadia Management Group as a Professional Person for the Debtor in Possession (Doc. 39) is hereby DENIED AS MOOT by virtue of the Court's dismissal of the case this date.   The Court shall issue an Order Dismissing Case concurrently herewith.

BY THE COURT:
Kenneth S. Gardner, Clerk


By:  Kevin Cronan, Law Clerk