United States Bankruptcy Court
District of Colorado

In re:  Case No. 23-14132-JGR
Integrated Insight Therapy, LLC  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 1082-1     User: admin     Page 1 of 1
Date Rcvd: Oct 06, 2023     Form ID: pdf904     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 08, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Integrated Insight Therapy, LLC, 555 Meeker St., Delta, CO 81416-1920 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 08, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 6, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Sales | on behalf of U.S. Trustee US Trustee benjamin.a.sales@usdoj.gov |
| Eric J. Langston | on behalf of Debtor Integrated Insight Therapy LLC elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Scott K. Brown, II | on behalf of Creditor Kapitus Servicing Inc. sbrown@acjblaw.com colleen@acjblaw.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 4

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF COLORADO

**Minutes of Electronically Recorded Proceeding**

| October 6, 2023 | Honorable Joseph G. Rosania, Jr., Presiding |
|---|---:|
| | Courtroom B |

| In re: | Bankruptcy Case No. **23-14132-JGR** |
|---|---|
| **INTEGRATED INSIGHT THERAPY, LLC** | Chapter 11 |
| Debtor(s). | |

**Appearances:**

| Debtor(s) | Joel Watts, CEO; Kim States (Ops) | Counsel | Eric Langston |
|---|---|---|---|
| Trustee | United States Trustee, Patrick S. Layng | Counsel | Ben Sales |
| Creditor | Kapitus Servicing, Inc. | Counsel | Scott Brown |
| Other | Department of Health and Human Services | Counsel | Jennifer Lake, AUSA |

**Proceedings:** Zoom video hearing regarding: (1) Debtor's Application for Authority to Employ LL Historic, LLC d/b/a AEGIS Law as Counsel for the Debtor in Possession (Doc. 23) and (2) Debtor's Motion for Entry of an Order (I) Authorizing and Approving the Retention and Employment of LL Historic, LL d/b/a AEGIS Law as of September 8, 2023, and (II) Granting Related Relief, (Doc. 24)

Entry of appearances and statements/arguments made.

The Court heard arguments from the UST, the Debtor, the AUSA, and the Creditor (Kapitus) on why the case should not be dismissed as a wholly deficient filing. Debtor opposed dismissal, Counsel for the UST and Kaptius supported dismissal, while the AUSA took no position. After a brief recess, the Court dismissed the case without prejudice for a wholly deficient filing and failure to timely respond to the Courts orders. The Court made no finding of fault for the Debtor's actions.

**Orders:**
Oral findings and conclusions made of record.

The case is DISMISSED as wholly deficient. The Debtor's Application for Authority to Employ Cascadia Management Group as a Professional Person for the Debtor in Possession (Doc. 39) is hereby DENIED AS MOOT by virtue of the Court's dismissal of the case this date. The Court shall issue an Order Dismissing Case concurrently herewith.

BY THE COURT:
Kenneth S. Gardner, Clerk

By: <u>Kevin Cronan, Law Clerk</u>