# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re: | |
| INTEGRATED INSIGHT THERAPY, LLC | Bankruptcy Case No 23-14132-JGR |
| EIN: 84-2024080 | Chapter 11 |
| Debtor(s). | |

## ORDER DISMISSING CASE

THIS MATTER comes before the Court on review of the within incomplete Chapter 11 case. The Court, having reviewed the file,

DOES FIND that the within case was filed on September 8, 2023 (Doc. 1), in a wholly deficient manner. Upon the filing of the case, the Court issued a Notice of Deficiency (Doc. 12) on September 12, 2023, directing the Debtor to cure various deficiencies and if those deficiencies were not cured by September 29, 2023, the case would be dismissed. The petition also lacked a comprehensive Schedule of Financial Affairs, as it only partially completed questions 1, 11, and 15, and failed to file the required Schedule G. On September 26, 2023, the Court issued an Order to Show Cause Why Appointment of Ombudsman is Not Required (Doc. 21) by October 3, 2023, as the Debtor is a healthcare organization as that term is defined in 11 U.S.C. § 101(27A). The Debtor failed to respond to the notice and the order in a timely manner.

THE COURT FURTHER FINDS that during an October 6, 2023, zoom hearing the Debtor admitted to the knowing use of cash collateral to pay pre-petition wages without approval by the Court or consent of the creditors having an interest in such cash collateral.

THE COURT FURTHER FINDS that the Debtor has failed to (a) file all required statements and schedules as required in a Chapter 11 case; (b) respond to the Court's Notice of Deficiency; (c) respond to the Court's Order to Show Cause; and (d) used cash collateral without the consent of creditors or obtaining authorization from the Court, and paid prepetition wages without obtaining leave from the Court. Therefore, dismissal of the case is appropriate.

IT IS THEREFORE ORDERED that the within case is hereby DISMISSED.

IT IS FURTHER ORDERED that the Clerk shall give notice of this dismissal pursuant to Rule 2002(f), Fed.R.Bankr.P. utilizing whatever addresses may be available from the record within five (5) days of the date of this Order.

Dated: October 10, 2023          BY THE COURT:

                                                       Joseph G. Rosania, Jr.,
                                                      United States Bankruptcy Judge