United States Bankruptcy Court
District of Colorado

In re:  
Integrated Insight Therapy, LLC  
　　Debtor

Case No. 23-14132-JGR  
Chapter 11

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Oct 10, 2023 | Form ID: pdf904 | Total Noticed: 35 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Integrated Insight Therapy, LLC, 555 Meeker St., Delta, CO 81416-1920 |
| cr | + | Kapitus Servicing Inc., c/o Scott K. Brown, Anderson Clarkson Brown PLLC, 2158 North Gilbert Road, Suite 114 Mesa, AZ 85203-2111 |
| 19458699 | | Amazon Business Prime Card, P.O. Box 6031, Carol Steam, IL 60197-6031 |
| 19471555 | + | Behavioral Health Administration, 710 S. Ash St., Denver, CO 80246-1989 |
| 19471565 | + | Blackhills Energy, P.O. Box 6006, Rapid City, SD 57709-6006 |
| 19471562 | + | CO Dept of Health Care Policy and Financing, 303 E. 17th Ave., Denver, CO 80203-1235 |
| 19458695 | + | Capital Assist, LLC, 243 Tresser Blvd, 17th Flr, Stamford, CT 06901-3436 |
| 19458693 | + | Cedar Advance, 5401 Collins Ave, CU-9A, Miami Beach, FL 33140-2590 |
| 19471563 | + | City of Cortez, 123 Roger Smith Ave., Cortez, CO 81321-2827 |
| 19471566 | + | City of Grand Junction, 910 Main St., Grand Junction, CO 81501-3539 |
| 19471567 | + | City of Montrose, 400 E. Main St., Montrose, CO 81401-3930 |
| 19471557 | + | County of Delta Colorado, Criminal Justice Services, 550 Palmer St., Ste 550, Delta, CO 81416-1775 |
| 19471561 | + | Delta DHS, 320 W. 5th St., Delta, CO 81416-1610 |
| 19471568 | + | Delta-Montrose Electric Association, 11925 6300 Road, Montrose, CO 81401-8269 |
| 19471569 | + | Elevate, 11925 6300 Rd., Ste 101, Montrose, CO 81401-8284 |
| 19471570 | + | Empire Electric, P.O. Box K, Cortez, CO 81321-0676 |
| 19458692 | + | Kapitus LLC, 2500 Wilson Blvd, Ste 350, Arlington, VA 22201-3873 |
| 19463893 | + | Kapitus Servicing, Inc., 120 West 45th Street, 4th Floor, New York, NY 10036-4041 |
| 19458697 | + | Marlin Business Bank, 110 N Wacker Dr. Ste. 3775, Chicago, IL 60606-1511 |
| 19471573 | + | McKesson Corp., 3400 Fraser St., Aurora, CO 80011-1219 |
| 19471559 | | Mesa County DHS, 51029 1 Half Rd., Grand Junction, CO 81504 |
| 19471560 | + | Montrose DHS, 1845 S. Townsend Ave., Montrose, CO 81401-5448 |
| 19471556 | + | Rocky Mountain/United Health Care, 2775 Crossroads Blvd., Grand Junction, CO 81506-8712 |
| 19459498 | + | Securities and Exchange Commission, Central Regional Office, 1961 Stout St., Ste. 1700, Denver CO 80294-1700 |
| 19471558 | + | State of Colorado Dept of Human Services for JBBS, 555 Palmer St., Delta, CO 81416-1753 |
| 19458700 | | U.S. Bank Credit Card, P.O. Box 6353, Fargo, ND 58125-6353 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 19458698 | | Email/PDF: bncnotices@becket-lee.com | | |
| | | | Oct 11 2023 01:40:36 | American Express, P.O. Box 6031, Carol Stream, IL 60197-6031 |
| 19458694 | | Email/Text: bankruptcy@deltabridgefunding.com | | |
| | | | Oct 11 2023 01:41:00 | Delta Bridge Funding, 400Rella Blvd, Ste 165-101, Suffern, NY 10901 |
| 19459496 | + | Email/PDF: dor_tac_bankruptcy@state.co.us | | |
| | | | Oct 11 2023 01:40:40 | Colorado Department Of Revenue, 1881 Pierce St., Bankruptcy Unit, Room 104, Lakewood CO 80214-1407 |
| 19459497 | | Email/Text: sbse.cio.bnc.mail@irs.gov | | |
| | | | Oct 11 2023 01:41:00 | IRS, PO Box 7346, Philadelphia PA 19101-7346 |
| 19458692 | | ^ MEBN | | |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Oct 11 2023 01:33:43 | Kapitus LLC, 2500 Wilson Blvd, Ste 350, Arlington, VA 22201-3873 |
| 19459499 | + | Email/Text: bankruptcynoticeschr@sec.gov | Oct 11 2023 01:41:00 | Securities and Exchange Commission, Midwest Regional Office, 175 W. Jackson Blvd., Ste. 900, Chicago IL 60604-2815 |
| 19471572 | + | Email/Text: dl-csgbankruptcy@charter.com | Oct 11 2023 01:41:00 | Spectrum, 400 Atlantic St., Stamford, CT 06901-3512 |
| 19458696 | + | Email/Text: bankruptcynotices@sba.gov | Oct 11 2023 01:41:00 | U.S. Small Business Administration, 409 Third St SW, Washington, DC 20416-0002 |
| 19461995 | + | Email/Text: bankruptcynotices@sba.gov | Oct 11 2023 01:41:00 | U.S. Small Business Administration, Stacey Dawes, Attorney, 721 19th Street, Suite 426, Denver, CO 80202-2517 |
| 19471571 | | Email/Text: dlbankruptcy_estate@xcelenergy.com | Oct 11 2023 01:41:00 | Xcel Energy, P.O. ZBox 9477, Minneapolis, MN 55484-9477 |

TOTAL: 10

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19471564 | ##+ | City of Delta, 640 W. 4th St., Delta, CO 81416-1535 |
| 19458691 | ##+ | Lendora Capital, 8484 Wilshire Blvd Suite 630, Beverly Hills, CA 90211-3215 |

TOTAL: 0 Undeliverable, 0 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 12, 2023　　　　　　　　　　Signature:　　　/s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Benjamin Sales | on behalf of U.S. Trustee US Trustee benjamin.a.sales@usdoj.gov |
| Eric J. Langston | on behalf of Debtor Integrated Insight Therapy LLC elangston@aegislaw.com, ericlangston357.gmail.com@recap.email |
| Scott K. Brown, II | on behalf of Creditor Kapitus Servicing Inc. sbrown@acjblaw.com colleen@acjblaw.com |
| US Trustee | USTPRegion19.DV.ECF@usdoj.gov |

TOTAL: 4

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF COLORADO
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re: | |
| INTEGRATED INSIGHT THERAPY, LLC | Bankruptcy Case No 23-14132-JGR |
| EIN: 84-2024080 | Chapter 11 |
| Debtor(s). | |

### ORDER DISMISSING CASE

THIS MATTER comes before the Court on review of the within incomplete Chapter 11 case. The Court, having reviewed the file,

DOES FIND that the within case was filed on September 8, 2023 (Doc. 1), in a wholly deficient manner. Upon the filing of the case, the Court issued a Notice of Deficiency (Doc. 12) on September 12, 2023, directing the Debtor to cure various deficiencies and if those deficiencies were not cured by September 29, 2023, the case would be dismissed. The petition also lacked a comprehensive Schedule of Financial Affairs, as it only partially completed questions 1, 11, and 15, and failed to file the required Schedule G. On September 26, 2023, the Court issued an Order to Show Cause Why Appointment of Ombudsman is Not Required (Doc. 21) by October 3, 2023, as the Debtor is a healthcare organization as that term is defined in 11 U.S.C. § 101(27A). The Debtor failed to respond to the notice and the order in a timely manner.

THE COURT FURTHER FINDS that during an October 6, 2023, zoom hearing the Debtor admitted to the knowing use of cash collateral to pay pre-petition wages without approval by the Court or consent of the creditors having an interest in such cash collateral.

THE COURT FURTHER FINDS that the Debtor has failed to (a) file all required statements and schedules as required in a Chapter 11 case; (b) respond to the Court's Notice of Deficiency; (c) respond to the Court's Order to Show Cause; and (d) used cash collateral without the consent of creditors or obtaining authorization from the Court, and paid prepetition wages without obtaining leave from the Court. Therefore, dismissal of the case is appropriate.

IT IS THEREFORE ORDERED that the within case is hereby DISMISSED.

      IT IS FURTHER ORDERED that the Clerk shall give notice of this dismissal pursuant to Rule 2002(f), Fed.R.Bankr.P. utilizing whatever addresses may be available from the record within five (5) days of the date of this Order.

Dated: October 10, 2023           BY THE COURT:

_____
Joseph G. Rosania, Jr.,
United States Bankruptcy Judge